Submitted on remand from the Oregon Supreme Court March 21,
reversed and remanded April 13, 2011

ERNEST RAYMOND MARTINEZ,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

Board of Parole and Post-Prison Supervision
A133672

252 P3d 364

Walter J. Ledesma for petitioner.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Denise G. Fjordbeck, Attorney-in-Charge, Civil/Administrative Appeals, for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM